```
Form 27 - GENERAL PURPOSE
           MAYERSON & ASSOCIATES
           ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------
                                              Index No. 07 CV 10960
J.C.AND B.C.ON BEHALF OF D.C.        plaintiff
                                              Date Filed  ............
              - against -
                                              Office No.
NEW YORK CITY DEPARTMENT OF           defendant
EDUCATION                                     Court Date:   /  /
-------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
```

**JOEL GOLUB**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **8th  day of February, 2008**     at  **01:05 pm.,**                     at
    **%MICHAEL A.CARDOZO, ESQ.CITY OF NY LAW DEPT.
    100 CHURCH ST,4TH FL.NEW YORK, NY 10007**
I served a true copy of the
    **SUMMONS AND COMPLAINT
    JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **SORAYA BONIT, CLERK AUTHORIZED TO ACCEPT.**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**          COLOR: **BLACK**        HAIR: **BLACK**
        APP. AGE: **50**         APP. HT: **5:9**        APP. WT: **150**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
8th  day of  February, 2008g



KENNETH WISSNER                           JOEL  GOLUB   701893
Notary Public, State of New York          AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01WI4714130                        225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY              NEW YORK, NY, 10007
Commission Expires 03/30/2010             Reference No: 7MA7111032

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN         DISTRICT OF         NEW YORK

JUDGE KO[...] (stamp)

J.C. and B.C., on behalf of D.C.
Plaintiff

V.

New York City Department of Education
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 CV 10960**

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates
Attn: Gary S. Mayerson
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    DEC 0 3 2007
CLERK                                 DATE

(BY) DEPUTY CLERK  [signature]

EDUCATION (stamp)

(CITY OF N.Y. LAW DEPART. OFFICE OF CORP. COUNSEL stamp: 2008 FEB 8 PM 1 06)