

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Andrew J. Rauchberg**
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

February 25, 2008

<u>**BY HAND**</u>

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007



RECEIVED
FEB 26 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

    Re:  <u>J.C. and B.C. o/b/o D.C. v. NYC Department of Education</u>, 07 CV 10960

Dear Judge Koeltl,

    I am the Assistant Corporation Counsel in the office of the Corporation Counsel assigned to represent the defendant in the above referenced case, in which plaintiffs seek attorneys fees for three state administrative hearings in which they primarily sought reimbursement for tuition costs after unilaterally placing their child at a private school.

    I write to respectfully ask the Court to adjourn defendant's date to respond to the Complaint from February 28, 2008, to April 10, 2008. This is the first such request defendant has made. Ms. Christina Thivierge of Mayerson and Associates, attorneys for plaintiffs, has consented to this request.

    The requested extension should give this office sufficient time to receive and review time slips for the hearings at issue, and possibly to resolve this matter without intervention from the Court. Accordingly, defendant respectfully requests an adjournment of time to respond to the Complaint to April 10, 2008.

APPLICATION GRANTED
SO ORDERED

2/26/08

_____
John G. Koeltl, U.S.D.J.

Thank you for your consideration of this request.

Respectfully,

Andrew J. Rauchberg
Assistant Corporation Counsel


cc: Christina Thivierge, Esq.
Mayerson & Associates
Attorneys for Plaintiffs
330 West 38th Street, Suite 600
New York, New York 10018
(via fax)

2