



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Andrew J. Rauchberg
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

*ADJOURNED TO THURSDAY, APRIL 17, 2008 AT 4:30PM.* March 4, 2008

*SO ORDERED.*
*/s/ John G. Koeltl*
*USDJ  3/5/08*

**BY FAX**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

RECEIVED
MAR 4 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Re: J.C. and B.C. o/b/o D.C. v. NYC Department of Education, 07 CV 10960

Dear Judge Koeltl,

I am the Assistant Corporation Counsel in the office of the Corporation Counsel assigned to represent the defendant in the above referenced case, in which plaintiffs seek attorneys fees for three state administrative hearings in which they primarily sought reimbursement for tuition costs after unilaterally placing their child at a private school.

I write to respectfully ask the Court to adjourn the pretrial conference scheduled for Thursday, March 6, at 4:30 P.M. This is the first such request either party has made. Ms. Christina Thivierge of Mayerson and Associates, attorneys for plaintiffs, has consented to this request. The parties respectfully request that the conference be rescheduled for Thursday, April 17, at 4:30 P.M., or at a time of the Court's choosing.

Your Honor granted defendant's request for an extension of time to answer the Complaint to allow time for the parties to potentially settle the matter without the Court's intervention. Adjourning the pretrial conference will similarly give the parties time to attempt to work out a solution and the conference may prove unnecessary. Accordingly, I respectfully request an adjournment of the pretrial conference scheduled for March 6, 2008, at 4:30 P.M.

Thank you for your consideration of this request.

Respectfully,

Andrew J. Rauchberg
Assistant Corporation Counsel

cc: Christina Thivierge, Esq.
Mayerson & Associates
Attorneys for Plaintiffs
330 West 38th Street, Suite 600
New York, New York 10018
(via fax)