

**MICHAEL A. CARDOZO**
*Corporation Counsel*

MEMO ENDORSED

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Andrew J. Rauchberg**
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

APPLICATION GRANTED, *subject to any rulings by Judge Cot[?]*
SO ORDERED
                      /s/ John G. Koeltl
4/10/08  John G. Koeltl, U.S.D.J.

April 9, 2008

RECEIVED
APR 10 2008
JUDGE JOHN G. KOELTL

**BY HAND**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

      Re:   J.C. and B.C. o/b/o D.C. v. NYC Department of Education, 07 CV 10960

Dear Judge Koeltl,

      I am the Assistant Corporation Counsel in the office of the Corporation Counsel assigned to represent the defendant in the above referenced case, in which plaintiffs seek attorneys' fees under the Individuals with Disabilities Education Act for three state administrative hearings in which they primarily sought reimbursement for tuition costs after unilaterally placing their child at a private school.

      I write to respectfully ask the Court to adjourn defendant's date to respond to the Complaint from April 10, 2008 to May 22, 2008. This is the second such request defendant has made. The original answer date was February 28, 2008, but Your Honor granted defendant's first request for an adjournment.

      Similarly, defendant respectfully requests that if Your Honor adjourns defendant's response date, the initial conference currently scheduled for April 17, 2008, at 4:30 P.M. also be adjourned to sometime after the new response date. Christina Thivierge of Mayerson and Associates, counsel for plaintiffs, has consented to both of these requests.

      Plaintiffs' counsel has recently provided this office with its time records in connection with the administrative hearings for which fees are sought in this case. The requested extension should give this office sufficient time to complete its review of these time slips for the hearings at issue, and possibly to resolve this matter without intervention from the Court. Accordingly, defendant respectfully requests an adjournment of time to respond to the Complaint

to May 22, 2008, and a corresponding adjournment for the initial conference currently scheduled for April 17, 2008.

    Thank you for your consideration of this request.

          Respectfully,

          Andrew J. Rauchberg
          Assistant Corporation Counsel

cc:    Christina Thivierge, Esq.
       Mayerson & Associates
       Attorneys for Plaintiffs
       330 West 38th Street, Suite 600
       New York, New York 10018
       (via fax)