AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

**APPEARANCE**

Case Number: 08 CV 2806

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs P.C. and J.C. on behalf of D.C. and G.C.

I certify that I am admitted to practice in this court.

| 5/2/2008 | |
|---|---|
| Date | Signature |
| | Gary S. Mayerson              GSM 8413 |
| | Print Name                    Bar Number |
| | 330 West 38th Street, Suite 600 |
| | Address |
| | New York    New York    10018 |
| | City         State       Zip Code |
| | (212) 265-7200    (212) 265-1735 |
| | Phone Number      Fax Number |