UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x

IN RE ATTORNEYS FEES CONSOLIDATED CASES

This Document Relates to:

ALL ACTIONS

**MASTER FILE**

07 Civ  8640 (DLC)

**PROPOSAL FOR
SUBMISSION DATE
ON DEFENDANT'S
MOTION**

-------------------------------------------------------------------------------x

WHEREAS by Order dated April 10, 2008 this Court ordered that defendant's

motion on the common issues in the above captioned related cases be fully submitted by June 27,

2008, and

WHEREAS the motion was not submitted on that date, and thereafter this Court

~~excused the defendant's failure to submit the motion and~~ *the* agreed to permit the parties to propose

a further  appropriate date for submission, and

WHEREAS the parties have entered into a process for settling all of the related

cases with the aid of Magistrate Judge Frank Maas over the course of the next two months, and

WHEREAS Magistrate Judge Maas has ordered that a further telephonic

settlement conference be held on September 3, 2008,

NOW, therefore, on mutual consent of the parties, it is proposed that defendant's

be submitted on or before September 8, 2208, plaintiff's opposition shall be submitted on or

before September 22, 2008, and defendant's reply papers, if any, be submitted on or before

September 25, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED   6/24/08

So ordered.

Denise Cote

June 24, 2008

Dated: New York, New York
      June 23, 2008

                Yours, etc.
                MICHAEL A. CARDOZO
                Corporation Counsel of the City
                    of New York,
                100 Church Street,
                Room 2-106
                New York, NY 10007
                By:

                _____//s//_____ ____
                Jesse I. Levine (8829)
                (212) 442-3327

To: Gary S. Mayerson, Esq.